UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN STEVEN SOSA SR.,

          Plaintiff,

-against-

SKIDMORE COLLEGE,

          Defendant.
-----------------------------------------------------------X

**CIVIL**

**JUDGMENT**

07 Civ. 8506 (KMW)

**SCANNED**

U.S. DISTRICT COURT FILED MAR 31 2008 S.D. OF N.Y.

By Order dated October 2, 2007, this Court granted plaintiff sixty (60) days to amend his complaint to detail his claim under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12112-12117. Plaintiff's amended complaint was received by this Court's *Pro Se* Office on November 26, 2007. By Order dated December 21, 2007, this Court granted plaintiff an additional sixty (60) days to submit a second amended complaint to address the timeliness of his complaint or to show cause why the applicable statute of limitations period should be tolled. Since plaintiff has failed to file a second amended complaint as specified it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and it is hereby dismissed. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order would not be taken in good faith.

SO ORDERED:

                                                          /s/ Wood
                                                          KIMBA M. WOOD
                                                          Chief Judge

Dated: MAR 31 2008
        New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.